UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MILDRED LOUISE GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-574 |
| | ) | (Shirley) |
| NATIONAL SEATING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 15].

Defendant National Seating Company's counsel, J. Chadwick Hatmaker, the law firm of Woolf, McClane, Bright, Allen & Carpenter, PLLC, R. Steve Ensor, Theresa H. Hammond, and the law firm of Alston & Bird LLP move pursuant to Local Rule 83.4(f) and request that the Court permit them to withdraw from the representation of National Seating in this case. The movants submit that their withdrawal from representation is proper since National Seating has obtained Gary W. Wright, Howard B. Jackson, and the law firm of Wimberly, Lawson, Seale, Wright & Daves, PLLC to represent it in this matter and therefore no longer requires the services of the movants. The movants further assert that permitting their withdrawal will not delay the trial of this matter. The motion further states that Plaintiff does not oppose the movants' request to withdraw as counsel. [Doc. 27].

For good cause shown, the Motion to Withdraw and to Substitute Counsel of Record [Doc. 27] is **GRANTED**. It is **ORDERED** that J. Chadwick Hatmaker, the law firm of Woolf, McClane, Bright, Allen & Carpenter, PLLC, R. Steve Ensor, Theresa H. Hammond, and the law firm of Alston & Bird LLP are discharged from all further responsibility in this matter. It is further **ORDERED** that Gary W. Wright, Howard B. Jackson, and the law firm of Wimberly, Lawson, Seale, Wright & Daves, PLLC shall be substituted as counsel of record for the Defendant in this matter.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge