# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MILDRED LOUISE GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:04-cv-574 |
| ) | |
| NATIONAL SEATING COMPANY, ) | JURY DEMANDED |
| ) | Judge: Shirley |
| Defendant. ) | |

## AGREED ORDER

At the request of counsel for the Plaintiff, and with the permission of the Defendant, it is hereby ORDERED that Plaintiff shall have up to and including, Friday August 12, 2005, in which to file her response to Defendant's Motion for Summary Judgment.

ENTER: This ____ day of July, 2005.

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

C. Clifford Shirley
United States Magistrate Judge

APPROVED FOR ENTRY:

s/ Robert P. Murrian
Beecher A. Bartlett, Jr. (BPR #10198)
Robert P. Murrian (BPR #000866)
Kramer, Rayson, Leake, Rodgers & Morgan, LLP
P. O. Box 629
Knoxville, TN 37901-0629


s/ Howard B. Jackson   (with permission)
Gary W. Wright (BPR #005720)
Howard B. Jackson (BPR #021316)
Wimberly, Lawson, Seale, Wright & Daves PLLC
550 Main Avenue, Suite 900
P. O. Box 2231
Knoxville, TN 37901-2231