UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MILDRED LOUISE GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04-CV-574 |
| ) | (Shirley) |
| NATIONAL SEATING COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 15].

For the reasons set forth in the Memorandum Opinion filed simultaneously herewith, the defendant National Seating Company's Motion for Summary Judgment [Doc. 25] is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge